UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARNELL JAVOND ROWELL,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:15-mj-00295

## **ORDER**

Defendant appeared before the undersigned judicial officer on January 8, 2016, with appointed counsel for a detention hearing on the complaint, charging him with conspiracy to commit bank robbery and bank robbery in violation of 18 U.S.C. §§ 371, and 2113(a). Defendant is in federal custody on a Writ of Habeas Corpus ad Prosequendum from the Michigan Department of Corrections. Upon advice of counsel, defendant waived his right to a detention hearing, reserving the right to a hearing at a later date, should the circumstances relating to his state matter change.

Accordingly, **IT IS HEREBY ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**IT IS SO ORDERED**.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge